■ ARDA MAKARCHUK, Respondent, v EDWARD MAKARCHUK, Appellant. (Appeal No. 2.) [937 NYS2d 652]

Same memorandum as in Makarchuk v Makarchuk (91 AD3d 1313 [2012]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.